UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JACOBY MAIZE                                        CIVIL ACTION

VERSUS                                              NO: 11-2709

JEFFERSON PARISH SHERIFF'S OFFICE                   SECTION: R

## ORDER

Plaintiff Jacoby Maize filed this *pro se* and *in forma pauperis* complaint pursuant to 42 U.S.C. § 1983. Having reviewed *de novo* the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections thereto, the Court approves the Report and adopts it as its opinion.

The Court will not consider additional claims that were not raised in the original complaint and addressed by the Magistrate. Plaintiff may assert these claims by way of a new law suit. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a *de novo* determination of *those portions of the report or specified proposed findings or recommendations* to which objection is made.") (emphasis added).

New Orleans, Louisiana, this 9th day of April, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE